No. 741.   PUBLIC SERVICE COMMISSION OF UTAH ET AL. *v.* WYCOFF COMPANY, INC.   C. A. 10th Cir. Certiorari granted. Counsel are requested to discuss on briefs and oral argument the question whether a single judge had jurisdiction to hear and determine this case in view of 28 U. S. C. § 2281.   *C. W. Ferguson* for the Public Serv-

ice Commission of Utah, and *D. A. Skeen* for Seamons et al., petitioners.   *Harold S. Shertz* for respondent.